UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KARL RAY BUNTON,<br><br>  Plaintiff,<br><br>  v.<br><br>OFFICER 1, OFFICER 2, and OFFICER 3,<br><br>  Defendants. | Case No. 1:23-cv-00104-HBK (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(Doc. No. 13)<br><br>ORDER DIRECTING CLERK TO ATTACH COPY OF SUBPOENA TO THIS ORDER |

Benjamin Karl Ray Bunton ("Plaintiff") is a Montana state prisoner proceeding pro se and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The Court previously allowed Plaintiff to issue a subpoena to the City of Fresno Police Department in order to identify the three Doe police officers described in the operative complaint. (Doc. No. 13.) Plaintiff has now completed and returned the subpoena and USM-285 form.

Plaintiff identifies "City of Fresno, Fresno Police Department, Records Manager Kelly Keifer" as the recipient of the subpoena.  The Court will authorize the subpoena to be served on Keifer at the address indicated in the USM-285 and afford Keifer thirty (30) days from the date of service of the subpoena to respond.  Keifer may serve the response, including any responsive documents, by U.S. Mail to Benjamin Karl Ray Bunton, #29033, Montana State Prison, 700 Conley Lake Road, Deer Lodge, MT 59722.

Alternatively, Keifer may provide the Court with the names of the Doe police officer

1

defendants directly rather than producing responsive documents to Plaintiff.  The Court will use those names to substitute the Doe defendants with the specific individuals to effectuate service.

Accordingly, it is HEREBY ORDERED that:

1. Kelly Keifer, Records Manager for the City of Fresno Police Department, has thirty (30) days from the date of service of Plaintiff's subpoena to respond to the subpoena;
2. Keifer may mail the response and/or any responsive documents to Benjamin Karl Ray Bunton, #29033, Montana State Prison, 700 Conley Lake Road, Deer Lodge, MT 59722.  Alternatively, Keifer may provide the Court with the names of the Doe police officer defendants directly rather than producing responsive documents to Plaintiff;
3. The Clerk of Court shall forward the following documents to the United States Marshals Service:
    a. One (1) completed and issued subpoena *duces tecum*;
    b. One (1) completed USM-285 form; and
    c. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.
4. The Clerk of Court is directed to attach a copy of the completed subpoena *duces tecum* to this order.
5. Within twenty (20) days from the date of this order, the United States Marshals Service shall personally serve the subpoena, along with a copy of this order, on Kelly Keifer at the address indicated in the USM-285 pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).
6. The United States Marshals Service is directed to retain a copy of the subpoena in its file for future use.
7. Within ten (10) days after personal service is effected, the United States Marshals Service shall file a return of service.

Dated:    October 18, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2