UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KARL RAY BUNTON,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO CITY POLICE OFFICER 1, et al.,<br><br>Defendants. | Case No. 1:23-cv-00104-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION<br><br>(Doc. No. 23)<br><br>ORDER DIRECTING CLERK TO PROVIDE COURTESY COPY OF DOCKET SHEET<br><br>ORDER SUA SPONTE GRANTING EXTENSION OF TIME<br><br>APRIL 8, 2024 DEADLINE |

Pending before the Court is Plaintiff's pleading titled "Request for Case Update," filed on March 4, 2024. (Doc. No. 23). In it, Plaintiff indicates that he has not received any orders from the Court since October 2023. (*Id*. at 1). The docket indicates certain of the Court's mailings to Plaintiff have been returned as "undeliverable," including the Court's December 1, 2023 Order that granted Plaintiff's motion to file a second amended complaint. (*See* Doc. No. 22; *see* docket). The Court notes Plaintiff filed a Notice of Change of Address on November 30, 2023 which indicates his address as: Start Program, 801 Highway 48, Anaconda, Montana, 59711. (Doc. No. 21). The Court further notes in Plaintiff's recent filing, he lists his address slightly

differently as: 29033, Start Program, 801 Mt. Highway 48, Anaconda, Montana, 579711.  (Doc. No. 23. underlining differences).  Considering Plaintiff's difficulty receiving the Court's mailings, the Court will *sua sponte* grant Plaintiff an extension of time to file a second amended complaint.  Plaintiff shall confirm his mailing address when he files his second amended complaint.

Accordingly, it is **ORDERED**:

1. Plaintiff's Request for Case Update is GRANTED to the extent that the Court directs the Clerk of Court to provide Plaintiff with a courtesy copy of the docket sheet for this case.  The Clerk shall also reforward a copy of the December 1, 2023 Order (Doc. No. 22) that was returned as undeliverable to Plaintiff with this Order.
2. The Court *sua sponte* grants Plaintiff an extension of time until April 8, 2024 to file a second amended complaint, pursuant to the Court's December 1, 2023 Order (Doc. No. 22).
3. Plaintiff shall confirm his address by filing a confirmation of change of address when he files his second amended complaint.

Dated:    March 7, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE