UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN KARL RAY BUNTON,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO POLICE OFFICER 1, et al.,<br><br>Defendants. | No. 1:23-cv-00104-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>Doc. 31 |

Plaintiff Benjamin Karl Ray Bunton filed this prisoner civil rights action against Defendants Fresno Police Officers 1-3 under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636 (b)(1) and Local Rule 302.

On June 3, 2024, the assigned magistrate judge issued findings and recommendations recommending this Court dismiss Plaintiff's complaint for failure to prosecute and failure to comply with court orders. Doc. 31. The findings and recommendations contained notice that any objections were to be filed within fourteen (14) days of service. *Id*. at 5. On July 9, 2024 plaintiff filed a notice of change of address. Doc. 32. The clerk's office then re-served the findings and recommendations on plaintiff on July 15, 2024. *See* docket. Plaintiff has not filed any objections and the time to do so has passed. *Id.*

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is ORDERED:

1. The findings and recommendations, filed on June 3, 2024, (Doc. 31), are ADOPTED IN FULL.
2. The action is DISMISSED without prejudice.
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   November 3, 2024

UNITED STATES DISTRICT JUDGE